

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV2840
JUDGE MAROVICH
MAG. JUDGE NOLAN

In the Matter of

SYED MOAZZAM NAJEEB
PLAINTIFF,
V.
MICHAEL CHERTOFF & ROBERT S. MUELLER, ET AL.
DEFENDANTS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SYED MOAZZAM NAJEEB

FILED MAY 15 2008
JN
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> MAZHER M. SHAH-KHAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ _____ | |
| FIRM <br> THE LAW OFFICES OF MAZHER M. SHAH-KHAN | |
| STREET ADDRESS <br> P.O. BOX 597315 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60659-7315 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL 6270595 | TELEPHONE NUMBER <br> 773-764-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |