## United States District Court for the Northern District of Illinois

Case Number: 08CV2840            Assigned/Issued By: J. N.

Judge Name: MAROVICH           Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP           ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 4624002651

Date Payment Rec'd: 5-15-08     Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

   _____
   _____
   (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

6  Original and  0  copies on  5-15-08  as to MICHAEL CHERTOFF;
                               (Date)
ATTNORNEY GENERAL; ROBERT S. MUELLER; EMILIO GONZALEZ; U.S. ATTNY;

GERALD HEINAUER

---

C:\wpwin80\docket\feeinfo.frm       03/14/05