## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2840 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Syed Moazzam Najeeb vs. Michael Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

The Court has been orally notified that plaintiff was naturalized. Therefore, this case is dismissed as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

Case 1:08-cv-02840    Document 6    Filed 07/10/2008    Page 1 of 1